IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GEORGE WILLIAM MONTGOMERY, JR., ID #1699766,** § § § § | | |
| Petitioner, § | | |
| § | | |
| v. § | Civil Action No. 3:13-cv-1335-O | |
| § | | |
| **RICK THALER, Director,** Texas Department of Criminal Justice, Correctional Institutions Division, § § § § | | |
| Respondent. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. By separate judgment, the Court dismisses this action for the failure of petitioner to follow court orders.

**SO ORDERED** on this **6th day of August, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE